UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT         :
COUNCIL OF CARPENTERS PENSION FUND,            :
WELFARE FUND, ANNUITY FUND, AND                :
APPRENTICESHIP, JOURNEYMAN RETRAINING,         :
EDUCATIONAL AND INDUSTRY FUND *et al.*,        :
:
                 Petitioners,     :
:
     -v-                                       :   25 Civ. 7676 (JPC)
:
S&N BUILDERS, INC.,                            :   ORDER
:
                 Respondent.      :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

    On September 16, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award are "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by October 16, 2025. Respondent's opposition, if any, is due November 6, 2025. Petitioners' reply, if any, is due November 20, 2025.

    Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than October 16, 2025, and shall file an affidavit of such service with the Court no later than October 17, 2025.

    SO ORDERED.

Dated: September 17, 2025
      New York, New York

                                                               JOHN P. CRONAN
                                                     United States District Judge