**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

|  |  |
|---|---|
| Petitioners, | 25 **CIVIL** 7676 (JPC) |
| -against- | **JUDGMENT** |
| S&N BUILDERS, INC., | |
| Respondent. | |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2026, Petitioners' Petition to confirm the Award is GRANTED. Accordingly, judgment is entered in favor of Petitioners and against S&N in the amount of $46,934.55, with prejudgment interest at a rate of 10.5% beginning on October 18, 2024 to the entry of the judgment in the amount of $7,560.96 and the Court's approved $5,854.50 in attorneys' fees and $484.50 in costs. Postjudgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full and the case is closed.

**Dated**: New York, New York
       May 1, 2026

TAMMI M. HELLWIG
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**